# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Michael Blalock, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  5:20-cv-01159-CLS |
| | ) | |
| National Credit Adjusters, LLC, a | ) | |
| Kansas limited liability company, | ) | |
|     Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

The parties, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of this matter with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  April 12, 2021

One of Plaintiff's Attorneys                One of Defendant's Attorneys

/s/ David J. Philipps_____           /s/ Eugene Xerxes Martin, w-permission__

David J. Philipps                          Eugene Xerxes Martin
Philipps & Philipps, Ltd.                  Malone Frost Martin, PLLC
9760 South Roberts Road                    850 North Central Expressway
Suite One                                  Suite 1850
Palos Hills, Illinois 60465                Dallas, Texas 75234

The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____, 2021

                                                  ENTERED:

                                                _____

                                                Judge, United States District Court

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 12, 2021, a copy of the foregoing **Joint Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Eugene Xerxes Martin<br>Malone Frost Martin, PLLC<br>8750 North Central Expressway<br>Suite 1850<br>Dallas, Texas 75234 | xmartin@mamlaw.com |
| Neal D. Moore, III<br>Moore Young Foster & Hazelton, LLP<br>1122 Edenton Street<br>Birmingham, Alabama 35242 | nmoore@my-defense.com |
| Ronald C. Sykstus<br>Bond, Botes, Sykstus, Tanner<br> & Ezzell, P.C.<br>225 Pratt Avenue NE<br>Huntsville, Alabama 35801 | rsykstus@bondnbotes.com |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com