FILED
2021 Apr-13 AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL BLALOCK,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**NATIONAL CREDIT** )<br>**ADJUSTERS, LLC,** )<br>)<br>**Defendant.** ) | **Civil Action No. 5:20-CV-01159-CLS** |

## ORDER

In accordance with the parties' joint stipulation of dismissal (doc. no. 20), it is hereby ORDERED, ADJUDGED, and DECREED that all claims are DISMISSED with prejudice. Costs are taxed as paid.

**DONE** and **ORDERED** this 13th day of April, 2021.

_____
Senior United States District Judge